IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Watson, Derrick

Printed: 12/19/07

Case Number: 06 B 09296
Judge: Wedoff, Eugene R
Filed: 8/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,236.88 |  |
| Secured: |  | 681.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 243.90 |
| Administrative: |  | 2,624.00 |
| Trustee Fee: |  | 185.43 |
| Other Funds: |  | 1,502.18 |
| Totals: | 5,236.88 | 5,236.88 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 2,624.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Cook County Department of Rev | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 24,235.31 | 681.37 |
| 5. | Cook County Department of Rev | Priority | 243.90 | 243.90 |
| 6. | RoundUp Funding LLC | Unsecured | 546.29 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | HHLD Bank | Unsecured |  | No Claim Filed |
| 11. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 12. | Loyola University Chicago | Unsecured |  | No Claim Filed |
| 13. | Neurological Surgery | Unsecured |  | No Claim Filed |
| 14. | Nicor Gas | Unsecured |  | No Claim Filed |
| 15. | Adventist LaGrange Memorial | Unsecured |  | No Claim Filed |
| 16. | Village of Maywood | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,649.50 | $ 3,549.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 129.93 |
| 5.4% | 55.50 |
|  | $ 185.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watson, Derrick | Case Number:  06 B 09296 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/19/07 | Filed:  8/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

